**HOWARD & HOWARD ATTORNEYS PLLC**
Robert L. Rosenthal, Esq.
California State Bar No. 173047
9595 Wilshire Blvd., Suite 900
Beverly Hills, CA 90212
Telephone: (424) 303-7700
Email: rlr@h2law.com

*Attorneys for Plaintiff*
   *TETRONICS (INTERNATIONAL) LIMITED*
   *(United Kingdom)*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| TETRONICS (INTERNATIONAL) LIMITED (United Kingdom),<br><br>Plaintiff,<br><br>v.<br><br>BLUEOAK RESOURCES, INC., A Delaware corporation,<br><br>Defendant. | Case No.: 3:20-cv-03574-VC<br><br>**[PROPOSED] JUDGMENT** |

The Court having granted Plaintiff's Motion for Confirmation of Arbitration Award (ECF 4) and Motion for Entry of Default Judgment (ECF 29) by Order dated December 5, 2020 (ECF 43);

IT IS ORDERED, ADJUDGED AND DECREED that:

The Court hereby enters JUDGMENT in favor of Plaintiff and against Defendant as follows:

(i) The April 17, 2020 Arbitration Award (attached as Exhibit A to Plaintiff's Complaint, ECF 1-1) is confirmed pursuant to 9 U.S.C. §9, with respect to Plaintiff and Defendant.

(ii) Judgment is entered in favor of Plaintiff Tetronics (International) Limited and against Defendant BlueOak Resources, Inc. in the amount of $991,100 consistent with the terms of the Arbitration Award, with no costs or fees awarded to either party.

IT IS SO ADJUDGED.



Dated: December 15, 2020

_____
JUDGE
US DISTRICT JUDGE